UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 12117
   HECTOR M HILL
   SHERRI M HILL                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-3364    SSN XXX-XX-0811
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/06/07 and confirmed on 09/27/07.

2. The case was dismissed after confirmation, 06/20/2008.

3. The Debtor paid a total of $  2350.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 9889.94 | .00 | .00 |
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1564.01 | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 628.24 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 656.35 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FCNB | UNSECURED | 308.24 | .00 | .00 |
| HARRIS BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1494.38 | .00 | .00 |
| NICOR GAS | UNSECURED | 483.00 | .00 | .00 |
| ECMC | UNSECURED | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 345.54 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 404.96 | .00 | .00 |
| TATE & KIRLIN ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| UNITED COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF DOLTON | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | PRIORITY | 1994.84 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 372.51 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9889.94 | 1994.84 | 6257.23 | .00 | 18142.01 |

```
PRINCIPAL PAID                    .00           .00           .00           .00           .00
INTEREST PAID                     .00           .00           .00           .00           .00
TOTAL PAID                        .00           .00           .00           .00           .00
```
The Debtor's attorney, THOMAS R HITCHCOCK              , was allowed $   3500.00
and was paid $    657.00  direct and $   2239.05  through the plan.

The Trustee received $     110.95 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/10/08                    /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE